384

**Vernon W. FOWLKES, Appellant,**

v.

**The Honorable James COOKSEY, Respondent.**

**No. WD 41471.**

Missouri Court of Appeals,
Western District.

June 13, 1989.

Vernon W. Fowlkes, Moberly, pro se.

William L. Webster, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and ULRICH, JJ.

PER CURIAM.

ORDER

Appeal from dismissal of petition for declaratory judgement.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Randy SAILORS, Appellant.**

**No. WD 41585.**

Missouri Court of Appeals,
Western District.

June 13, 1989.

Jefferson G. Broady, Rock Port, for appellant.

Donald E. Reynolds, Pros. Atty., Rock Port, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

PER CURIAM.

ORDER

Appeal from conviction for driving while intoxicated under § 577.010, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

**CITIZENS STATE BANK, Plaintiff/Respondent**

v.

**Richard L. HARDEN and Janice E. Harden, d/b/a Harden Welding & Mfg., Defendants/Appellants.**

**No. WD 39680.**

Missouri Court of Appeals,
Western District.

June 20, 1989.

Richard L. Harden and Janice E. Harden, Lineville, Iowa, pro se.

James G. Spencer, Phillips & Spencer, Milan, for plaintiff/respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from registration of foreign judgment. Judgment affirmed. Rule 84.16(b).